ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
robert@draskovich.com
Tel: (702) 474-4222

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-mj-00456-BNW |
| Plaintiff, | |
| vs. | **DESIGNATION OF RETAINED COUNSEL AND APPEARANCE PRAECIPE** |
| STEPHEN T. PARSHALL, | |
| Defendant. | |

The undersigned defendant hereby appoints ROBERT M. DRASKOVICH to appear generally for him as his attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED this 10th day of June, 2020.

/s/ Stephen T. Parshall
_____
STEPHEN T. PARSHALL

APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as counsel for the defendant, in response to the foregoing designation.

DATED this 10th day of June, 2020.

/s/ Robert M. Draskovich
_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant

-1-